Russell L. PREVATTE, Petitioner–Appellant,

v.

W. Elaine CHAPMAN, Deputy Warden, Respondent–Appellee.

No. 08–6052.

United States Court of Appeals, Fourth Circuit.

Submitted: May 5, 2008.

Decided: June 25, 2008.

**153**

Russell L. Prevatte, Appellant Pro Se. Steve R. Matheny, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Russell L. Prevatte, a federal prisoner, appeals the district court's orders denying relief on his 28 U.S.C. § 2241 (2000) petition and his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Prevatte v. Chapman,* No. 5:07–hc–02040–H (E.D.N.C. Aug. 14, 2007; Nov. 19, 2007). We deny Prevatte's motion to substitute party. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*